FILED
JUL 09 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> USIEL ALBERTO MORENO HERNANDEZ (2), <br><br> Defendant. | Case No.: 24-CR-1257-TWR <br><br> **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT USIEL ALBERTO MORENO HERNANDEZ** <br><br> The Honorable Todd W. Robinson |

Upon motion of the United States (ECF No. 45), the charges against Defendant Usiel Alberto Moreno Hernandez, as alleged Counts 1 and 2 of the Information, are DISMISSED WITHOUT PREJUDICE. The motion filed by Defendant Usiel Alberto Moreno Hernandez requesting that the charges against him be dismissed with prejudice (ECF No. 57) is DENIED. The motion to allow Defendant Usiel Alberto Moreno Hernandez to appear telephonically at the hearing on July 15, 2024 (ECF No. 56) is GRANTED.

IT IS SO ORDERED.

DATED: 7/9/24

_Todd Robinson_
HON. TODD W. ROBINSON
United States District Judge

-1-